1
2
3
4
5
6
7
8
9
10

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| JOSE RIOS LUNA, on behalf of himself and all others similarly situated,<br><br>*Plaintiff(s)*,<br><br>vs.<br><br>GEODIS LOGISTICS LLC, a Tennessee limited liability company; and DOES 1 through 50, inclusive,<br><br>*Defendant(s)*. | Case No.: 5:17-cv-01755-JAK-AFM<br><br>**ORDER RE STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

1 Having been stipulated and agreed upon by and between the parties and 2 their respective counsel, and pursuant to Federal Rules of Civil Procedure 3 41(a)(1)(A)(ii), the above-referenced lawsuit against Defendant GEODIS 4 LOGISTICS LLC is voluntarily dismissed in its entirety with all of Plaintiff's 5 individual, putative class, and representative claims being DISMISSED WITH 6 PREJUDICE. Each side shall bear its own costs and attorneys' fees.

7 IT IS SO ORDERED.

Dated: February 23, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE